# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Hon. Claire C. Cecchi |
| v. | Criminal No. 11-758 |
| **RAHEEM SPRUELL,** | <u>**ORDER FOR CONTINUANCE**</u> |
| **Defendant.** | |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Joseph B. Shumofsky, Assistant U.S. Attorney), and defendant Raheem Spruell (by Patrick McMahon, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter for a period of sixty (60) days, from February 14, 2012 through and including April 13, 2012, and the defendant being aware that he has a right to have the matter brought to trial within seventy (70) days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1), and as the defendant has consented to this continuance and waived such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary; and

2. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 8th day of February, 2012,

IT IS ORDERED that the proceedings in the above-captioned matter are continued for sixty (60) days, from February 14, 2012 through and including April 13, 2012; and

IT IS FURTHER ORDERED that February 14, 2012 through and including April 13, 2012 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

_____
HONORABLE CLAIRE C. CECCHI
United States Magistrate Judge

Form and entry
consented to:

_____
Joseph B. Shumofsky
Assistant U.S. Attorney

_____
Patrick McMahon, Esq.
Counsel for defendant

2